IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:08-cr-132 |
| | ) | |
| v. | ) | Hon. Liam O'Grady |
| | ) | |
| GABRIEL HOSMAN PEREZ-AMAYA | ) | |
| | ) | |

NOTICE OF APPEAL

Notice is hereby given that Gabriel Hosman Perez-Amaya, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 16th day of October, 2009.

_____/s/_____
James G. Connell, III
VSB No. 40790
Counsel for Gabriel Perez Amaya
Devine, Connell & Sheldon, P.L.C.
10621 Jones Street, Suite 301A
Fairfax, VA 22030
(O) (703) 691-8410
(F) (703) 251-0757
jgc3@devineconnell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Jonathan Fahey
> United States Attorney's Office
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> (703) 299-3700

                                        _____/s/_____
James G. Connell, III
VSB No. 40790
Counsel for Gabriel Perez Amaya
Devine, Connell & Sheldon, P.L.C.
10621 Jones Street, Suite 301A
Fairfax, VA 22030
(O) (703) 691-8410
(F) (703) 251-0757
jgc3@devineconnell.com